HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA STOUT, individually and the marital community composed of Lisa and Ray C. Stout,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC.,<br><br>Defendant. | NO. CV07-0682 JCC<br><br>DECLARATION OF VICTORIA L. VREELAND IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE*<br><br>Noted for Consideration: Nov. 21, 2008 |

Victoria L. Vreeland declares and states as follows:

1. I am counsel of record for plaintiff and have been her counsel since this case was filed. I am competent to provide this declaration which is based on personal knowledge.

2. Attached hereto are true and correct copies of the following documents referenced in Plaintiff's Motions *In Limine*:

> **Exhibit A**  Defendant's Answer to Interrogatory No. 1, pages 16-17 of <u>Plaintiff's First Discovery Requests to Defendant and Answers Thereto.</u>
>
> **Exhibit B**  Defendant's Answer to Interrogatory No. 2, page 18 of <u>Plaintiff's First Discovery Requests to Defendant and Answers Thereto.</u>

DECL. OF VICTORIA L. VREELAND
IN SUPPORT OF MOTIONS IN LIMINE - 1 of 3
(No. CV07-0682 JCC)
[196346 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

| | | |
|---|---|---|
| **Exhibit C** | Defendant's Initial Disclosures, pages 1 – 8; Supplemental Initial Disclosures, pages 1 – 2. |
| **Exhibit D** | Defendant's Supplemental Pretrial Statement, pages 1 – 3 only. |
| **Exhibit E** | Statement of Daniel Kasper, dated September 2, 2008, without attachments. |
| **Exhibit F** | Statement of Dr. Gerald Rosen. (Filed under seal). |

I declare under penalty of perjury of the laws of the State of Washington that the above is true and correct to the best of my knowledge and belief.

Dated this 6th day of November, 2008, at Seattle, Washington.

*/s/ Victoria L. Vreeland*
Victoria L. Vreeland

[28776-00001]

DECL. OF VICTORIA L. VREELAND
IN SUPPORT OF MOTIONS IN LIMINE - 2 of 3
(No. CV07-0682 JCC)
[196346 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on November 6, 2008, I electronically filed the following: (1) DECLARATION OF VICTORIA L. VREELAND IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* , with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tyson K. Harper, WSBA No. 39720
Stellman Keehnel, WSBA No. 9309
DLA PIPER US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044

(206) 839-4800 - telephone
(206) 839-4801 - facsimile
stellman.keehnel@dlapiper.com
Tyson.Harper@dlapiper.com

*Attorneys for Defendant*

DATED this 6th day of November, 2008.

        s/Victoria L. Vreeland
        Victoria L. Vreeland, WSBA No. 08046
        vvreeland@gth-law.com
        GORDON, THOMAS, HONEYWELL, MALANCA,
        PETERSON & DAHEIM LLP
        600 University, Suite 2100
        Seattle, WA 98101
        Tel: (206) 676-7500
        Fax: (206) 676-7575

DECL. OF VICTORIA L. VREELAND
IN SUPPORT OF MOTIONS IN LIMINE - 3 of 3
(No. CV07-0682 JCC)
[196346 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575