environment. Without waiving these objections or any general objection, United will produce all responsive and relevant handbooks, policies and procedures relating to sexual harassment, hostile work environment, sexual harassment reporting, handling of sexual harassment claims, and sexual harassment investigation procedures that were in force during the time period June 1, 2004 through August 30, 2005 at a mutually-agreeable time and location.

**INTERROGATORY NO. 1:** Describe in detail and with specificity each and every act, event or situation which is the basis for the allegations in your Answer, 14th defense, where you state that "Plaintiff engaged in misconduct during her employment that would have resulted in her earlier termination, had United known of it." Include in your answer a full description of each such act, event or situation, the date(s) each such matter occurred, the policy violated, the identity of each person who has knowledge of and/or was involved in such act, event or situation and the nature of their involvement, and the reasons you believe you were not aware of such alleged misconduct during the time of Lisa Stout's employment.

**ANSWER:** This contention interrogatory is premature because discovery has only recently commenced in this action and such interrogatories are more properly answered after other discovery has been completed or other later time. United expects to conduct discovery in this case that may reveal misconduct by Plaintiff that would have resulted in her earlier termination, had United known of it. If United determines during the course of discovery or at the conclusion of discovery that any of its claims or defenses in this action is unsupported by sufficient evidence, United will move to amend its Answer accordingly.

United further states that it has information indicating that Lisa Stout was accused of inappropriate actions during her employment with United. Specifically, United Flight Attendant Chloe Bickle-Eldridge reported on November 22, 2004 that on November 8, 2004, Lisa Stout acted offensively towards Ms. Bickle-Eldridge during Flight 420 from San Antonio to Chicago. The details of this incident are set forth in Ms. Bickle-Eldridge's letter, which United is producing in response to Request for Production No. 14. United anticipates that

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANT [AND OBJECTIONS, ANSWERS AND RESPONSES THERETO] - 16
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

EXHIBIT A

further discovery may reveal that Lisa Stout engaged in other inappropriate conduct that was unknown to United at the time.

United further states that it has information that Lisa Stout engaged in solicitation and sales of a book that she authored, and that she engaged in this solicitation during times when she was obligated to perform her duties as captain and pilot of United aircraft. Specifically, United learned after Lisa Stout's employment ended that Flight Officer Ryan G. Richey witnessed Lisa Stout selling her book to United employees during the time she should have been performing her duties as a United pilot. United expects to conduct further investigation and discovery to determine the extent of such activity and potentially other conduct that would have resulted in her earlier termination.

United reserves the right to amend this answer as discovery progresses and further information is learned.

**REQUEST FOR PRODUCTION NO. 14:** Produce all documents, photographs, film or electronic records which refer to or contain any information about any act, event or situation that you have identified in your answer to Interrogatory No. 1 above.

**RESPONSE:** United incorporates the objections set forth in the Answer to Interrogatory No. 1 and reserves the right to supplement this production as necessary. Without waiving these objections or any general objection, United will produce all responsive, relevant, non-privileged documents at a mutually-agreeable time and location.

**REQUEST FOR PRODUCTION NO. 15:** Produce all letters of commendation or written comments concerning Lisa Stout from pilot instructors, pilot managers, chief pilots, crew, passengers, or others.

**RESPONSE:** Object as overbroad, irrelevant and vague in large part. This request also seeks information that is already within Plaintiff's custody or control and is therefore burdensome and oppressive. This request is also duplicative of Request for Production No. 1. Without waiving these objections or any general objection, United will

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANT [AND OBJECTIONS, ANSWERS AND RESPONSES THERETO] - 17
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800