produce all responsive, relevant, non-privileged documents at a mutually-agreeable time and location.

**INTERROGATORY NO. 2:** Identify all persons with knowledge or whom you believe may have knowledge relevant to the claims or defenses in this case, including a summary of the information or knowledge they have.

**ANSWER:** United states that this information has been previously provided to Plaintiff in United's Rule 26(a)(1)(A) Initial Disclosures. United hereby supplements those initial disclosures as follows:

15. **Chloe Bickle-Eldridge**
    Current contact information unknown
    Last known address:
    1311 NE Highland
    Portland, OR 97211

Ms. Bickle-Eldridge was a United flight attendant who resigned in September 2005. She may have information and knowledge about Lisa Stout's conduct as a United pilot and about the matters discussed in United's Response to Request for Production No. 14 and United's Answer to Interrogatory No. 1.

**REQUEST FOR PRODUCTION NO. 16:** Produce all formal or informal demands, complaints, claims, charges, or correspondence which assert or allege a condition or claim of sexual harassment or hostile work environment based on gender against United Air Lines, for the time period of October 1990 to the present, including but not limited to complaints or charges to any governmental agency, union grievances, served or filed lawsuits, and correspondence or other writings setting forth such allegations or claims.

**RESPONSE:** Object as irrelevant, overbroad, and unduly burdensome in large part. This request purportedly seeks documents concerning sexual harassment complaints that were not made by Lisa Stout, that do not involve allegations that are in any way similar to Lisa Stout's allegations, that did not occur in Lisa Stout's work environment, that are not known to involve the same alleged perpetrators, and which have no temporal relation to the complaints

PLAINTIFF'S FIRST DISCOVERY REQUESTS TO
DEFENDANT [AND OBJECTIONS, ANSWERS
AND RESPONSES THERETO] - 18
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800

EXHIBIT B