The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LISA STOUT, individually and the marital community composed of Lisa and Ray C. Stout,

    Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

CASE No. CV07-0682 JCC

**DEFENDANT UNITED AIR LINES, INC.'S INITIAL DISCLOSURES**

Defendant United Air Lines, Inc. ("United"), through its counsel, makes the following initial disclosures pursuant to FED. R. CIV. P. 26(a)(1). United makes the following initial disclosures based on the information reasonably available to United. United reserves the right to supplement these initial disclosures based on information or evidence discovered, offered, or introduced.

## I.   WITNESSES

Pursuant to FED. R. CIV. P. 26(a)(1)(A), United identifies, and reserves the right to call at trial, the following witnesses who may have discoverable information that United may use in support of its claims and defenses in this matter:

DEFENDANT UNITED AIR LINES, INC.'S
INITIAL DISCLOSURES - 1
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

**EXHIBIT C**

1.  **Ms. Jane Allen**
    c/o Stellman Keehnel
    DLA Piper US LLP
    701 Fifth Avenue, Suite 7000
    Seattle, WA  98104-7044
    Telephone:  206.839.4800

Jane Allen is Senior Vice President of United's Human Resources Department. Ms. Allen may have relevant knowledge and information regarding United's policies, procedures, handbook sections, rules of conduct, training programs, and actions regarding and prohibiting hostile working environments and workplace discrimination or harassment. Ms. Allen may also have relevant knowledge and information regarding United's actions toward preventing and prohibiting inappropriate material in the workplace.

2.  **Capt. Patrick Durgan**
    c/o Stellman Keehnel
    DLA Piper US LLP
    701 Fifth Avenue, Suite 7000
    Seattle, WA  98104-7044
    Telephone:  206.839.4800

Capt. Durgan was Chief Pilot for United's Flight Operations in Seattle, Washington during the relevant time period. Capt. Durgan may have relevant knowledge and information regarding Mrs. Stout's employment at United, including but not limited to Mrs. Stout's work history, conduct, training, compensation, bonuses, evaluations, performance, and fitness for flight duty. Capt. Durgan may also have relevant knowledge and information regarding United's policies, procedures, handbook sections, rules of conduct, training programs, and actions regarding and prohibiting hostile working environments and workplace discrimination or harassment. Capt. Durgan may also have relevant knowledge and information regarding United's actions toward preventing and prohibiting inappropriate material in the workplace.

DEFENDANT UNITED AIR LINES, INC.'S
INITIAL DISCLOSURES - 2
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800

3. **Ms. Sheryl Hinkle**
c/o Stellman Keehnel
DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Telephone: 206.839.4800

Ms. Hinkle is Senior Staff Representative in United's Human Resources Department. Ms. Hinkle may have relevant knowledge and information regarding United's policies, procedures, handbook sections, rules of conduct, training programs, and actions regarding and prohibiting hostile working environments and workplace discrimination or harassment. Ms. Hinkle may also have relevant knowledge and information regarding United's actions toward preventing and prohibiting inappropriate material in the workplace. Ms. Hinkle may also have relevant knowledge and information regarding Mrs. Stout's employment at United, reports or complaints by Mrs. Stout, and United's investigations, actions, and responses regarding such reports or complaints.

4. **Dr. Gary M. Kohn, MD**
c/o Stellman Keehnel
DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Telephone: 206.839.4800

Dr. Kohn was the Corporate Medical Director for United during the relevant time period. Dr. Kohn may have relevant knowledge and information regarding pilots' medical certifications for fitness for flight duty, medical grounding status, and applications for medical grounding and pilot disability benefits, including but not limited to Mrs. Stout's application for medical grounding and pilot disability benefits.

DEFENDANT UNITED AIR LINES, INC.'S
INITIAL DISCLOSURES - 3
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

5.  **Mr. Bill Norman**
    c/o Stellman Keehnel
    DLA Piper US LLP
    701 Fifth Avenue, Suite 7000
    Seattle, WA 98104-7044
    Telephone: 206.839.4800

Mr. Norman is Senior Vice President — United Services for United. Mr. Norman may have relevant knowledge and information regarding United's actions toward preventing and prohibiting inappropriate material in the workplace, including but not limited to Maintenance Operations' role in that effort.

6.  **Flight Officer Ryan G. Richey**
    c/o Stellman Keehnel
    DLA Piper US LLP
    701 Fifth Avenue, Suite 7000
    Seattle, WA 98104-7044
    Telephone: 206.839.4800

Mr. Richey was a United Flight Officer during the relevant time period and was First Officer on several flights piloted by Mrs. Stout. Mr. Richey may have relevant knowledge and information regarding Mrs. Stout's workplace conduct, including but not limited to Mrs. Stout's performance and conduct during and relating to the flights piloted by Mrs. Stout for which Mr. Richey served as First Officer.

7.  **United Flight Officer(s) Who Flew With Mrs. Stout**
    [ADDRESS AND PHONE NUMBER CURRENTLY UNKNOWN]

United Flight Officer(s) who flew with Mrs. Stout, who Mrs. Stout is aware of, may have relevant knowledge and information regarding Mrs. Stout's workplace conduct, including but not limited to Mrs. Stout's performance and conduct during and relating to the flights that such Flight Officer(s) flew with Mrs. Stout.

DEFENDANT UNITED AIR LINES, INC.'S
INITIAL DISCLOSURES - 4
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

8.   **Ms. Linda Brunner Ross**
     c/o Stellman Keehnel
     DLA Piper US LLP
     701 Fifth Avenue, Suite 7000
     Seattle, WA 98104-7044
     Telephone: 206.839.4800

Ms. Brunner Ross is Senior Staff Representative in United's Human Resources Department and is involved in United's compliance with federal EEO laws. Ms. Brunner Ross may have relevant knowledge and information regarding United's policies, procedures, handbook sections, rules of conduct, training programs, and actions regarding and prohibiting hostile working environments and workplace discrimination or harassment. Ms. Brunner Ross may also have relevant knowledge and information regarding United's actions toward preventing and prohibiting inappropriate material in the workplace. Ms. Brunner Ross may also have relevant knowledge and information regarding reports or complaints by Mrs. Stout and United's investigations, actions, and responses regarding such reports or complaints.

9.   **Capt. James "J.R." Russell**
     c/o Stellman Keehnel
     DLA Piper US LLP
     701 Fifth Avenue, Suite 7000
     Seattle, WA 98104-7044
     Telephone: 206.839.4800

Capt. Russell was Chief Pilot for United's Flight Operations in Denver, Colorado during the relevant time period. Capt. Russell may have relevant knowledge and information regarding Mrs. Stout's employment at United, including but not limited to Mrs. Stout's work history, conduct, training, compensation, bonuses, evaluations, performance, and fitness for flight duty. Capt. Russell may also have relevant knowledge and information regarding United's policies, procedures, handbook sections, rules of conduct, training programs, and actions regarding and prohibiting hostile working environments and workplace discrimination or harassment. Capt. Russell may also have relevant knowledge and information regarding United's actions toward preventing and prohibiting inappropriate material in the workplace.

DEFENDANT UNITED AIR LINES, INC.'S
INITIAL DISCLOSURES - 5
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

1  Capt. Russell may also have relevant knowledge and information regarding reports or complaints by Mrs. Stout regarding the Denver Flight Operations center and United's investigations, actions, and responses regarding such reports or complaints.

    10.    **Capt. Mark Sebby**
             c/o Stellman Keehnel
             DLA Piper US LLP
             701 Fifth Avenue, Suite 7000
             Seattle, WA 98104-7044
             Telephone: 206.839.4800

Capt. Sebby was Manager Line Operations during the relevant time period and may have relevant knowledge and information regarding United's policies, procedures, handbook sections, rules of conduct, training programs, and actions regarding and prohibiting hostile working environments and workplace discrimination or harassment. Capt. Sebby may also have relevant knowledge and information regarding United's actions toward preventing and prohibiting inappropriate material in the workplace.

    11.    **Ms. Pamela Sylvain**
             c/o Stellman Keehnel
             DLA Piper US LLP
             701 Fifth Avenue, Suite 7000
             Seattle, WA 98104-7044
             Telephone: 206.839.4800

Ms. Pamela Sylvain is Coordinator — Maintenance Operations Support for United. Ms. Sylvain may have relevant knowledge and information regarding United's actions toward preventing and prohibiting inappropriate material in the workplace, including but not limited to Maintenance Operations' role in that effort.

    12.    **Capt. Daniel Waingrow**
             c/o Stellman Keehnel
             DLA Piper US LLP
             701 Fifth Avenue, Suite 7000
             Seattle, WA 98104-7044
             Telephone: 206.839.4800

DEFENDANT UNITED AIR LINES, INC.'S
INITIAL DISCLOSURES - 6
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

1  Capt. Waingrow was Flight Manager and Line Pilot for United's Flight Operations in Seattle, Washington during the relevant time period. Capt. Waingrow may have relevant knowledge and information regarding Mrs. Stout's employment at United, including but not limited to Mrs. Stout's work history, conduct, training, compensation, bonuses, evaluations, performance, and fitness for flight duty. Capt. Waingrow may also have relevant knowledge and information regarding United's policies, procedures, handbook sections, rules of conduct, training programs, and actions regarding and prohibiting hostile working environments and workplace discrimination or harassment.

    13.    **Capt. Ulrika Walliter**
           c/o Stellman Keehnel
           DLA Piper US LLP
           701 Fifth Avenue, Suite 7000
           Seattle, WA 98104-7044
           Telephone: 206.839.4800

Capt. Walliter is Assistant Chief Pilot for United's Flight Operations in Seattle, Washington. Capt. Walliter may have relevant knowledge and information regarding Mrs. Stout's employment at United, including but not limited to Mrs. Stout's work history, conduct, training, compensation, bonuses, evaluations, performance, and fitness for flight duty. Capt. Walliter may also have relevant knowledge and information regarding United's policies, procedures, handbook sections, rules of conduct, training programs, and actions regarding and prohibiting hostile working environments and workplace discrimination or harassment. Capt. Walliter may also have relevant knowledge and information regarding United's actions toward preventing and prohibiting inappropriate material in the workplace. Capt. Walliter may also have relevant knowledge and information regarding reports or complaints by Mrs. Stout and United's investigations, actions, and responses regarding such reports or complaints.

DEFENDANT UNITED AIR LINES, INC.'S
INITIAL DISCLOSURES - 7
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

14. **Dr. W. Michael Waring, MD, MPH, FACOEM**
c/o Stellman Keehnel
DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Telephone: 206.839.4800

Dr. Waring was Regional Flight Surgeon in the Medical Department for United's Flight Operations in Seattle, Washington during the relevant time period. Dr. Waring may have relevant knowledge and information regarding pilots' medical certifications for fitness for flight duty, medical grounding status, and applications for medical grounding and pilot disability benefits, including but not limited to Mrs. Stout's application for medical grounding and pilot disability benefits.

By identifying the subjects on which the above witnesses may have knowledge, United makes no representation that such witnesses do not have additional potentially relevant knowledge and information, and United does not waive its right to seek testimony from such witnesses on other subjects.

United reserves the right to call or rely on any witnesses identified by Plaintiff.

There may be other past and present employees of United, who may have knowledge of facts that United may ultimately rely on in support of its defenses. United reserves the right to identify additional witnesses who may become necessary to support its defenses.

## II.   DOCUMENTS

United may, and reserves the right to, rely on the following categories of documents:

A.   Lisa Stout's United employment files, including but not limited to any documents and information relating to Mrs. Stout's (1) personnel file; (2) medical file; (3) training file; (4) job titles and positions; (5) salary, raises, bonuses, deductions in pay, disciplinary measures, evaluations, performance, health, and medical grounding status; (6) reports or complaints to colleagues or superiors regarding materials of a sexual nature in the

DEFENDANT UNITED AIR LINES, INC.'S
INITIAL DISCLOSURES - 8
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

|   |   |
|---|---|
| 1 | The Honorable John C. Coughenour |

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LISA STOUT, individually and the marital community composed of Lisa and Ray C. Stout,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC.,<br><br>Defendant. | CASE No. CV07-0682 JCC<br><br>**DEFENDANT UNITED AIR LINES, INC.'S SUPPLEMENTAL DISCLOSURES** |

Defendant United Air Lines, Inc. ("United"), through its counsel, makes the following supplemental disclosures pursuant to FED. R. CIV. P. 26(a). United makes the following supplemental disclosures based on the information reasonably available to United. United reserves the right to supplement these disclosures based on information or evidence discovered, offered, or introduced.

### I.  WITNESSES

Pursuant to FED. R. CIV. P. 26(a)(1)(A), United identifies, and reserves the right to call at trial, the following witnesses who may have discoverable information that United may use in support of its claims and defenses in this matter:

DEFENDANT UNITED AIR LINES, INC.'S
SUPPLEMENTAL DISCLOSURES - 1
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

16. **Capt. John Winter**
    c/o Stellman Keehnel
    DLA Piper US LLP
    701 Fifth Avenue, Suite 7000
    Seattle, WA 98104-7044
    Telephone: 206.839.4800

Captain Winter was the System Chief Pilot for United Air Lines at the time of Capt. Stout's complaints of pornography on the flight deck. He may have knowledge relevant to the remedial actions considered and implemented by United in response to Capt. Stout's complaints.

17. **Katherine Loveland**
    c/o Stellman Keehnel
    DLA Piper US LLP
    701 Fifth Avenue, Suite 7000
    Seattle, WA 98104-7044
    Telephone: 206.839.4800

Ms. Loveland worked for United Air Lines on the Crew Desk in 2005 and attempted to assign Capt. Stout a flight i.d. on June 4, 2005. Ms. Loveland may have relevant information concerning the operations of United's Crew Desk, the circumstances of Capt. Stout's refusal to accept a flight assignment Capt. Stout on June 4, 2005, and the reasons that Capt. Stout was given an "ABN" (absent, no pay) for her refusal to accept a valid flight assignment.

18. **Capt. John Steiner**
    c/o Stellman Keehnel
    DLA Piper US LLP
    701 Fifth Avenue, Suite 7000
    Seattle, WA 98104-7044
    Telephone: 206.839.4800

Capt. Steiner was an instructor for a United fuel efficiency class in approximately November 2004. He may have relevant knowledge concerning Capt. Stout's behavior in the fuel efficiency class, reports of Capt. Stout's behavior to United management personnel including Capt. Pat Durgan, and actions taken to address Capt. Stout's combative behavior.

DEFENDANT UNITED AIR LINES, INC.'S
SUPPLEMENTAL DISCLOSURES - 2
CASE NO. 07-0682JCC

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800