UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA STOUT, individually and the marital community composed of Lisa and Ray C. Stout,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED AIR LINES, INC.,<br><br>    Defendant. | CASE NO. C07-0682-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's Motion to Seal Exhibit "F" to the Declaration of Victoria L. Vreeland in Support of Plaintiff's Motions in Limine (Dkt. No. 90). Defendant has filed no response. The Court has carefully considered the motion and the balance of relevant materials in the case file, and has determined that oral argument is unnecessary. The Court hereby GRANTS the motion and rules as follows.

Pursuant to the newly revised Local Rules:

> There is a strong presumption of public access to the court's files. With regard to dispositive motions, this presumption may be overcome only on a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting the court's files from public review. With regard to nondispositive motions, this presumption may be overcome by a showing of good cause under Rule 26(c).

Local Rules W.D. Wash. CR 5(g)(2).

ORDER – 1

1       Plaintiff seeks to seal one of six exhibits to a declaration filed in support of her motions in limine

2 on grounds that the document is a report by Defense expert Gerald Rosen, Ph.D., "which discusses

3 Plaintiff's medical and psychological history." (Mot. 1 (Dkt. No. 90).) The Court, having reviewed the

4 document at issue, finds the personal medical and psychological information contained therein justifies a

5 seal and overcomes the strong presumption in favor of public access. Accordingly, Plaintiff's motion to

6 seal is GRANTED.

7       DATED this 19th day of February, 2009.

8

9

10

11      John C. Coughenour
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 ORDER – 2