THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA STOUT, individually and the marital community composed of Lisa and Ray C. Stout,<br><br>                              Plaintiff,<br><br>    v.<br><br>UNITED AIR LINES, INC.,<br><br>                              Defendant. | NO. CV07-0682 JCC<br><br>DECLARATION OF VICTORIA L. VREELAND IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* RE GERALD ROSEN, PH.D.<br><br>Noted for Consideration:  March 13, 2009 |

Victoria L. Vreeland declares and states as follows:

1.     I am counsel of record for plaintiff and have been her counsel since this case was filed. I am competent to provide this declaration which is based on personal knowledge.

2.     Attached hereto is a true and correct copy of the following documents referenced in the Motion:

**Exhibit A**     Defendant United Air Lines' Rebuttal Expert Witness Disclosure (3 pages without attachments), served October 2, 2008.

**Exhibit B**     October 2, 2008, letter report of defense expert Gerald Rosen, Ph.D., and attachments **(filed under seal)**

DECL. OF VICTORIA L. VREELAND
IN SUPPORT OF MOTIONS IN LIMINE - 1 of 3
(No. CV07-0682 JCC)
[199524 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**Exhibit C**    Excerpts of the Deposition of Gerald Rosen, Ph.D., taken February 12, 2009, pp. 9 – 15, 30, 33 – 35, 41 – 45, 49, 52, 56 – 57, 65 – 66, 69, 71 – 72, 76 – 81, 83 – 84, 88 – 89, 107 – 112, 118, 120 – 125, 128, 133, 137 – 141, 152 – 157, 180 – 182, 218 – 219, 221 – 224, 229 – 230, 239-241, 243, and 254. **(filed under seal)**

**Exhibit D**    Page 13 only of Defendant's 2nd Supp. Pretrial Statement, served on plaintiff's counsel on February 27, 2009.

I declare under penalty of perjury of the laws of the State of Washington that the above is true and correct to the best of my knowledge and belief.

Dated this 2nd day of March, 2009, at Redmond, Washington.

Victoria L. Vreeland

DECL. OF VICTORIA L. VREELAND
IN SUPPORT OF MOTIONS IN LIMINE - 2 of 3
(No. CV07-0682 JCC)
[199524 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 • FACSIMILE (206) 676-7575

1

## CERTIFICATE OF ELECTRONIC FILING

2

3      I hereby certify that on March 2, 2009, I electronically filed the following: (1)

4    DECLARATION OF VICTORIA L. VREELAND IN SUPPORT OF PLAINTIFF'S

5    MOTIONS *IN LIMINE* RE GERALD ROSEN, PH.D., with the Clerk of the Court using

6    the CM/ECF system which will send notification of such filing to the following:

7    Tyson K. Harper, WSBA No. 39720
     Stellman Keehnel, WSBA No. 9309
8    DLA PIPER US LLP
     701 Fifth Avenue, Suite 7000
9    Seattle, WA  98104-7044

10
     (206) 839-4800 - telephone
11   (206) 839-4801 - facsimile
     stellman.keehnel@dlapiper.com
12   Tyson.Harper@dlapiper.com

13
     *Attorneys for Defendant*
14

15      DATED this 2nd day of March, 2009.

16

17                                    /s/Mary Long
                                      Mary Long
18                                    marylong@gth-law.com
                                      GORDON, THOMAS, HONEYWELL, MALANCA,
19                                    PETERSON & DAHEIM LLP
                                      600 University, Suite 2100
20                                    Seattle, WA 98101
                                      Tel: (206) 676-7500
21                                    Fax: (206) 676-7575

22

23

24

25

26

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

# EXHIBIT A

The Honorable John C. Coughenour

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                      AT SEATTLE

10   LISA STOUT, individually and the marital      CASE No. CV07-0682 JCC
     community composed of Lisa and Ray C.
11   Stout,                                        **DEFENDANT UNITED AIR LINES'
                                                   REBUTTAL EXPERT WITNESS
12              Plaintiff,                         DISCLOSURE**

13        v.

14   UNITED AIR LINES, INC.,

15              Defendant.

16

17        Pursuant to FED. R. CIV. P. 26(a), defendant United Air Lines, Inc. makes the following

18   expert witness disclosures:

19        1.     Gerald M. Rosen, Ph.D.

20        2.     Daniel M. Kasper

21        The expert reports of Dr. Rosen and Mr. Kasper are enclosed and include a statement of

22   the opinions of each expert along with the other pertinent information required pursuant to Rule

23   26(a).

24

25

26

DEFENDANT'S EXPERT WITNESS DISCLOSURE                    DLA Piper LLP (US)
STATEMENT                                           701 Fifth Avenue, Suite 7000
No. CV07-0682 JCC                             Seattle, WA  98104-7044 | Tel: 206.839.4800

WEST\21565802.1

1    Dated this 2nd day of October, 2008.

2

3                          _____

4                          Tyson K. Harper, WSBA No. 39720
                           Stellman Keehnel, WSBA No. 9309
5                          Kit W. Roth, WSBA No. 33059
                           DLA Piper US LLP
6                          701 Fifth Ave., Ste. 7000
                           Seattle, WA 98104
7                          Phone: 206.839.4800
                           Fax: 206.839.4801
8                          e-mail: Tyson.harper@dlapiper.com

9                          Attorneys for Defendant United Air Lines, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S EXPERT WITNESS DISCLOSURE
STATEMENT
No. CV07-0682 JCC
WEST\21565802.1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800

1  **CERTIFICATE OF SERVICE**

2      I hereby certify that on October 2, 2008, I caused to be served, via hand-delivery

3  Defendant United Air Lines, Inc.'s Rebuttal Expert Witness Disclosure, the Expert Rebuttal

4  Report of Daniel M. Kasper, and the Expert Rebuttal Report of Gerald M. Rosen to the

5  following:

6          Victoria L. Vreeland
        GORDON, THOMAS, HONEYWELL, MALANCA,
7          PETERSON & DAHEIM LLP
        600 University Street, Suite 2100
8          Seattle, Washington 98101
        Ph: (206) 676-7500
9          Fx: (206) 676-7575
        E-mail: vvreeland@gth-law.com
10
        Attorney for Plaintiffs
11

12      Dated at Seattle, Washington, this 2nd day of October, 2008.

13          DLA PIPER US LLP

14

15          Tyson K. Harper, WSBA No. 39720

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S EXPERT WITNESS DISCLOSURE
STATEMENT
No. CV07-0682 JCC
WEST\21565802.1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

# EXHIBIT B
# FILED UNDER SEAL

# EXHIBIT C
# FILED UNDER SEAL

# EXHIBIT D

1    Mr. Nance is an Aviation and Safety Expert and Consultant, as well as a former pilot.
2   He is expected to testify concerning the presence and effect of pornography in the cockpit, the
    functions of pilots in pre-flight check, the focus required of the pilot, the safety concerns
3   arising from inappropriate materials in the cockpit, the processes, and the procedures and steps
    United could have reasonably taken to remedy the condition, and the matters and opinions set
4   forth in his expert written report and deposition.

5   **B.    On behalf of Defendant:**

6
        In addition to the expert witnesses identified by Plaintiff, Defendant may also call the
7
    following witnesses at trial:
8
9   1.    Gerald M. Rosen, Ph.D.
          117 East Louisa St., PMB-229
10        Seattle, WA 98102

11      Dr. Rosen is a Clinical Psychologist.  Dr. Rosen "will testify" to provide expert
    testimony concerning plaintiff's psychological and mental condition, emotional distress,
12  causation, diagnosis, and prognosis, and the matters and opinions set forth in her expert written
    report, supplemental report, and deposition.
13

14  2.    Daniel M. Kasper
          350 Massachusetts Ave., Suite 300
15        Cambridge, MA 02139

16      Mr. Kasper is a an expert in economics, accounting, and finance.  Mr. Kaper "will
    testify" to plaintiff's economic damages, including but not limited to back pay and future
17  pay/damages, all compensatory benefits and losses, and the amount Plaintiff's damages must be
    decreased by the amount of earnings, compensation, and benefits Plaintiff could reasonably
18  have earned during the relevant time period, and the matters and opinions set forth in his expert
19  written report and deposition.

20  3.    Cloie B. Johnson, M.Ed., C.C.M., D.-A.B.V.E.
          OSC Vocational Systems, Inc.
21        10132 NE 185th Street
          Bothell, WA  98011
22        (425) 486-4040

23
24      Ms. Johnson is a Vocational Rehabilitation Counselor.  She may testify to plaintiff's
    future and/or alternative employment, skills and capabilities, training or education necessary,
25  career opportunities, employability, options within a reasonable geographic scope, long-term
    employment capability, job choices, and advancement, and the matters and opinions set forth in
26  her expert written report, rebuttal report, and deposition.

DEFENDANT'S 2ND SUPP. PRETRIAL                    DLA Piper LLP (US)
STATEMENT WITH OBJECTIONS, ADDITIONS          701 Fifth Avenue, Suite 7000
AND CHANGES TO PLAINTIFF'S PRETRIAL      Seattle, WA  98104-7044 • Tel: 206.839.4800
STATEMENT – 13